IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL COUCH, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 14-CV-601-CVE-FHM |
| ) | |
| SHEETMETAL WORKERS ) | |
| INTERNATIONAL ASSOCIATION, a ) | |
| labor organization, et al., ) | |
| ) | |
| Defendant(s). ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to the dismissal of the above styled and numbered cause with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| | GIBSON & ASSOCIATES, P.L.C.<br><br>By:   s/ Loren Gibson<br>  Loren Gibson, OBA#14348<br>105 N. Hudson, Ste. 312<br>Oklahoma City, OK 73102<br>Attorney for Plaintiff<br><br>and |
| | FRASIER, FRASIER & HICKMAN, LLP<br><br>By: s/ Frank W. Frasier |

|  | (signed by filing attorney with permission)<br>Frank W Frasier, OBA #17864<br>1700 Southwest Boulevard<br>Tulsa, OK 74107-1730<br>(918) 584-4724<br>FAX No.:   (918) 583-5637<br>E-mail:   frasier@tulsa.com<br>Attorney for Defendants Sheet Metal Workers Local 270 and David Johnson |
|---|---|
|  | FRANDEN, WOODARD, FARRIS, QUILLIN & GOODNIGHT<br><br>By: s/ Paula J Quillin<br>(signed by filing attorney with permission)<br>Paula J. Quillin<br>Williams Center Towers II<br>Two West 2nd Street, Suite 900<br>Tulsa, Oklahoma 74103<br>(918) 583-7129 phone<br><br>Attorney for Defendant Sheet Metal Workers International Association |